IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| THE BICYCLE PEDDLER, LLC )<br>)<br>*Plaintiff,* )<br>)<br>v. )<br>)<br>DOES 1-81, )<br>)<br>*Defendants.* )<br>_____ ) | Case No. 3:13-cv-79 |

## PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR CONTEMPT

Pursuant to Federal Rules of Civil Procedure 7, the Plaintiff hereby moves this Court for an order withdrawing Plaintiff's motion to find EPB Telecom in contempt of court. Grounds for this motion are that said relief is not required at this time. Plaintiffs have withdrawn all subpoenas issued to EPB without prejudice to their reissuance.

Respectfully submitted,

s/Van R. Irion
Law Office of Van R. Irion, PLLC
9040 Executive Park Drive, Suite 200
Knoxville, TN 37923
(865) 809-1505
van@irionlaw.com
Attorney for Plaintiff

Dated: June 4, 2013

### CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2013, I electronically filed the foregoing document via the Court's ECF, electronic email system. I also e-mailed a copy of the foregoing document to attorney for EPB David DiBiase at dibiaseld@epb.net.

1